USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 4, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Timothy Derome Petties, Esq.,**

                 **Plaintiff,**

-against-                    20-cv-4350-ALC-SLC

                                **ORDER**

**Kisha Smalls, et al.,**

                 **Defendants.**

---

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant is hereby **ORDERED** to serve a copy of my Order of Reference dated November 4, 2021 (ECF No. 32) for general pre-trial, as well as a copy of the instant order, on Plaintiff at his last known address, and file proof of service on ECF, no later than **November 8, 2021**.

**SO ORDERED.**

**Dated:**   November 4, 2021
            **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**