UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY DEROME PETTIES, ESQ.,

                       Plaintiff,

-v-

KISHA SMALLS, et al.,

                       Defendants.

CIVIL ACTION NO.: 20 Civ. 4350 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. (ECF No. 32).

When pro se Plaintiff Timothy Petties commenced this action, he was detained at the North Infirmary Command on Rikers Island. (ECF No. 1). Although this remains Mr. Petties' address of record, the docket reflects that he was "Discharged" from North Infirmary Command and is no longer receiving mail at that address. (See ECF entry Feb. 23, 2021). Nonetheless, records maintained by the New York State Unified Court System indicate that Mr. Petties may currently be in the custody of the New York City Department of Corrections ("DOC").

Accordingly, by **December 3, 2021**, interested party the New York City Law Department shall (i) advise whether Mr. Petties is in DOC custody and, if so, provide the address of the facility where he is detained and (ii) if not, provide Mr. Petties' last known address.

Dated:    New York, New York
             November 19, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**