## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TIMOTHY DEROME PETTIES, ESQ.,

                Plaintiff,                  20 **CIVIL** 4350 (ALC)(SLC)

     -against-                     **JUDGMENT**

KISHA SMALLS, et. al.,

                Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 15, 2023, in light of the lack of any objections to the Report and Recommendation and the fact that Court finds no clear error in the record, the Court has adopted the Report and Recommendation in its entirety. This action is dismissed without prejudice pursuant to Rule 41(b); accordingly, the case is closed.

**Dated:** New York, New York
          February 15, 2023

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                          **BY:**     *K. Mango*

                                                         **Deputy Clerk**